**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Uber Technologies, Inc.; Portier, LLC; Amazon Logistics, Inc.; Amazon.com, Inc.; Maplebear Inc. d/b/a Instacart,<br><br>Plaintiffs,<br><br>v.<br><br>City of New York,<br><br>Defendant. | Case No. 1:26-cv-09455 |

## CERTIFICATE OF SERVICE

Pursuant to ¶ 6 of this Court's Notice of Initial Pretrial Conference, I, Brian Alan Richman, counsel for Plaintiffs Amazon Logistics, Inc. and Amazon.com, Inc, hereby certify that the following document was served on Defendant City of New York:

1. Notice of Initial Pretrial Conference (Dkt. 36)

Service was made directly on Defendant pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and (F) by the following methods:

***Certified Mail***: On November 4, 2026, a true and correct copy of the foregoing document was deposited in the United States mail, certified first-class postage prepaid (Tracking No. 9589071052703928331024), addressed to Defendant's counsel at her last known address:

Karen B. Selvin
100 Church Street, Room 5-165
New York, New York 10007

***Email***: On November 4, 2026, a true and correct copy of the foregoing document was emailed to ServiceECF@law.nyc.gov, pursuant to New York City's express consent and electronic service procedure:

On the same date, I also sent a courtesy copy by email to kselvin@law.nyc.gov.

Dated: November 4, 2026

*/s/ Brian Richman*

Brian Richman
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201-2923
Telephone: 214-698-3100
Email: BRichman@gibsondunn.com