USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Uber Technologies, Inc.; Portier, LLC; Amazon Logistics, Inc.; Amazon.com, Inc.; Maplebear Inc. d/b/a Instacart,

Plaintiffs,

v.

City of New York,

Defendant.

Case No. 26-cv-9455

**ORDER FOR *PRO HAC VICE* ADMISSION OF JOHN W. TIENKEN**

The motion of John W. Tienken for admission to practice *pro hac vice* in the above-captioned action is **GRANTED**. The applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Illinois and that his contact information is as follows:

| | |
|---|---|
| Applicant Name: | John W. Tienken |
| Firm Name: | Gibson, Dunn & Crutcher LLP |
| Address: | 1700 M Street, N.W. |
| City/State/Zip: | Washington, DC 20036-4504 |
| Telephone: | (202) 955-8500 |
| Email: | jtienken@gibsondunn.com |

The applicant having requested admission *pro hac vice* to appear for all purposes as counsel to Plaintiffs Amazon Logistics, Inc. and Amazon.com, Inc. in the above-captioned action,

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

DATED: November 4, 2026
New York, NY

Valerie Caproni

VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE