UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

UBER TECHNOLOGIES, INC.; PORTIER, LLC;
AMAZON LOGISTICS, INC.; AMAZON.COM, INC.;
MAPLEBEAR INC. d/b/a/INSTACART,

Plaintiffs,

- against –

CITY OF NEW YORK,

Defendant.
---------------------------------------------------------------------- X

**NOTICE OF APPEARANCE**

26-cv-09455 (VEC)

**TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Karen B. Selvin, appears as counsel for Defendant City of New York, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
November 5, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
Attorney for Defendant
100 Church St., Rm. 5-165
New York, New York 10007
Email: kselvin@law.nyc.gov
Tel: (212) 356-2208

By: ___/s/__________________________
Karen B. Selvin
Assistant Corporation Counsel

TO: Plaintiffs' Counsel of Record (via ECF)