THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAREN SELVIN**
Deputy Chief
Administrative Law &
Regulatory Litigation Division

November 5, 2026

**By ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *Uber Technologies, Inc., et al., v. City of New York,* Case No. 1:26-cv-09455

Your Honor:

The parties in the above-entitled action jointly write to respectfully request that the Court set the following agreed upon briefing schedule for the preliminary injunction motion pending in this case (ECF 9) and adjourn the Initial Case Management Conference currently set for Friday, December 4 (ECF 36):

- Defendant's opposition: Thursday, November 19, 2026
- Plaintiffs' reply: Friday, December 4, 2026
- Oral argument: Tuesday, December 15, 2026 or Thursday, December 17, 2026

This proposed motion schedule takes into account holidays that fall within the parties' respective response periods (Election Day, Veterans Day, and Thanksgiving) and affords Defendant sufficient time to review the legislative record associated with the challenged law and to adequately respond to the multiple claims raised in Plaintiffs' motion. In addition, the parties agree that in light of their agreement on the preliminary injunction briefing and their joint request for a hearing, an Initial Case Management Conference is unnecessary at this point. This is the parties' first request for an extension of the preliminary injunction briefing schedule and adjournment of the Initial Case

Management Conference. Defendant's opposition to the motion for a preliminary injunction is currently due November 12, 2026.

Relatedly, Defendant also requests that the Court hold in abeyance the deadline for Defendant to respond to the Complaint pending the Court's ruling on Plaintiffs' motion for preliminary injunctive relief. Plaintiffs consent to that deadline being held in abeyance, with the parties to meet and confer and submit a scheduling proposal for an Initial Case Management Conference and responsive pleadings within seven days after the Court issues its ruling on the motion for a preliminary injunction.

We thank the Court for its consideration of these matters.

Respectfully submitted,

*/s/ Karen Selvin*__________
Karen Selvin
*Counsel for the City of New York*

*/s/ Karen Dunn*_______________
*Counsel for Uber Technologies, Inc. and Portier, LLC*

*/s/ Lucas C. Townsend*_________
*Counsel for Amazon Logistics, Inc. and Amazon.com, Inc.*

*/s/ Tobias S. Loss-Eaton*________
*Counsel for Maplebear Inc. d/b/a Instacart*