THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**KAREN B. SELVIN**
Deputy Chief
phone: (212) 356-2208
e-mail: kselvin@law.nyc.gov

November 16, 2026

**VIA ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: *Uber Technologies, Inc., et al. v. City of New York*, No. 26-cv-9455

Your Honor:

I am a Deputy Chief in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendant in the above-entitled action. In accordance with Section 4(B)(i) of Your Honor's Individual Practices in Civil Cases, I write to request an additional 2,500 words for Defendant's memorandum in opposition to Plaintiffs' motion for a preliminary injunction, which is currently due November 19, 2026. Plaintiffs consent to this request on the condition that Defendant similarly consents to their request for an additional 2,500 words for their reply brief. Defendant consents to that request.

This case, filed by Uber, Amazon, and Instacart, raises significant constitutional claims pertaining to Local Law 34 of 2026, a law that installs certain workplace protections for the thousands of contracted delivery workers operating in New York City for third-party delivery platforms. The claims include Contract Clause, First Amendment, and Due Process Clause. To ensure that Defendant can adequately address all of the claims raised by Plaintiffs in the motion for a preliminary injunction, I request an enlargement of 2,500 words so that Defendant may submit a memorandum in opposition of up to 11,250 words. Plaintiffs request a reciprocal enlargement of 2,500 words for their reply brief.

Thank you for your consideration of these requests.

Respectfully submitted,

/ s /

Karen B. Selvin
Deputy Chief

cc: Counsel of Record (via ECF)